THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Adam Holliday, Appellant.
 
 
 

Appeal From Anderson County
 J. C. Buddy Nicholson, Jr., Circuit Court
 Judge
Unpublished Opinion No.  2008-UP-121
Submitted February 1, 2008  Filed
 February 19, 2008
AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 John Benjamin Aplin, S.C. Dept. of Probation Parole & Pardon,
 of Columbia, for Respondent.
 
 
 

PER CURIAM: Adam
 Holliday appeals from the revocation of his probation, arguing the circuit court erred by allowing a non-lawyer to
 present the States case for revoking his probation. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  State v.
 Barlow, 372 S.C. 534, 539, 643 S.E.2d 682, 685 (2007) (holding that a
 probation agents presentation of the States case in a revocation proceeding
 does not constitute the unauthorized practice of law);  State v. Hamilton, 333 S.C. 642, 648, 511 S.E.2d 94, 96 (Ct. App. 1999) (explaining that
 an issue must be raised to and ruled upon by the revocation judge to be
 preserved for appellate review). 
AFFIRMED.
HUFF,
 KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.